**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ARROYO PECANS PARTNERS, LLC, an Arizona limited-liability company; ARROYO PACIFIC INVESTMENTS, INC., an Arizona corporation, DONALD STAPLEY and KATHY STAPLEY; and TOM STAPLEY and LEIGH STAPLEY,,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silver State Bank,<br><br>Defendant. | 2:09-cv-01217-PMP-GWF<br><br>**ORDER** |

The Court having read and considered Defendant's Motion to Dismiss Complaint (Doc. #14), filed on April 1, 2010, and no Opposition thereto, and good cause appearing,

**IT IS ORDERED that** Defendant Federal Deposit Insurance Corporation's Motion to Dismiss Complaint (Doc. #14) is **GRANTED**.

DATED: April 22, 2010.

_____
PHILIP M. PRO
United States District Judge