# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARROYO PECANS PARTNERS, LLC; *et al.*,

        Plaintiffs,

vs.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silver State Bank, *et al.*,

        Defendants.

Case No.  2:09-cv-01217-PMP-GWF

**ORDER**

        This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed July 6, 2009. Defendant filed its Answer (#23) May 13, 2010. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

        **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 8, 2010** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

        DATED this 28th day of June, 2010.

*/s/ George Foley, Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge