# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*  \*  \*

| | |
|---|---|
| ARROYO PECANS PARTNERS, LLC, et al., | 2:09-cv-01217-PMP-GWF |
| Plaintiffs, | **ORDER** |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silver State Bank, et al., | |
| Defendants. | |

Before the Court for consideration is Defendant Federal Deposit Insurance Corporation as Receiver for Silver State Bank's Motion for Judgment on the Pleadings (Doc. #28) filed July 20, 2010.  Plaintiffs have failed to file an opposition to Defendants' motion and the time for doing so has expired.  Therefore, under the local rules of this Court, Plaintiffs consent to the granting of Defendants' motion.

Moreover, a review of Defendants' motion for judgment on the pleadings shows that Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Judgment on the Pleadings (Doc. #28) is **GRANTED** as to Plaintiffs' First and Second Claims for Relief which are hereby **DISMISSED.**

DATED: August 9, 2010.

_____
PHILIP M. PRO
United States District Judge