# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARROYO PECANS PARTNERS, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silver State Bank, et al., <br><br> Defendants. | 2:09-cv-01217-PMP-GWF <br><br> **ORDER** |

Before the Court for consideration are Defendant FDIC's fully briefed Motion for Judgment on the Pleadings (Doc. #28), filed on July 20, 1010 and Plaintiffs' Counter Motion to Amend Complaint Subsequent to Intervention (Doc. #34) filed August 16, 2010.  Having read and considered the foregoing and good cause appearing,

**IT IS ORDERED that** Plaintiffs' Counter Motion to Amend Complaint Subsequent to Intervention (Doc. #34) is **GRANTED** and Plaintiffs shall have to and including **September 24, 2010**, within which to file an Amended Complaint.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED that** Defendant FDIC's Motion for
2  Judgment on the Pleadings (Doc. #28) is **GRANTED** and that Plaintiffs' claims
3  for reformation and rescission (First Claim for Relief and Second Claim for Relief)
4  are hereby **DISMISSED** as to Defendant Federal Deposit Insurance Corporation.

6  DATED:  August 31, 2010.

_____
PHILIP M. PRO
United States District Judge